ADAMS, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID M. CLAPPER, | ) | CASE NO. 5:08CV2452 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| CLARK DEVELOPMENT INC., et al., | ) | AND ORDER |
| | ) | [RESOLVING DOC. 76] |
| Defendants. | ) | |

This action is before the Court upon defendants Clark Development, Inc., Mikar, Ltd., and All About Children's Learning & Play Center-Cleveland Ave., Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 76). The Court has reviewed the memorandum in support. The Court has also considered the oral arguments of counsel offered during the Case Management Conference ("CMC") held on March 4, 2009. For good cause shown,

The motion is GRANTED. *In re Foreclosure Cases*, Nos. 1:07CV2282, 1:07CV2532, 1:07CV2560, 1:07CV2602, 1:07CV2631, 1:07CV2638, 1:07CV2681, 1:07CV2695, 1:07CV2920, 1:07CV2930, 1:07CV2949, 1:07CV2950, 1:07CV3000, 1:07CV3029, 2007 WL 3232430 (N.D. Ohio Oct. 31, 2007) (citing *Coyne v. American Tobacco Company*, 183 F.3d 488, 494 (6th Cir. 1999).[1]

IT IS SO ORDERED.

| | |
|---|---|
| April 1, 2009 | /s/ John R. Adams |
| Date | John R. Adams |
| | U.S. District Judge |

---

[1] The Court announced its decision to grant the motion at the CMC.